OPINION — AG — THE AERONAUTICS COMMISSION IS AUTHORIZED TO CONSTRUCT THE FOUNTAINHEAD LODGE AIR STRIP WHEN THE MONIES BECOME AVAILABLE, AND THAT SUCH WOULD BE THE CONSTRUCTION OF AN AIRPORT ON BEHALF OF AND IN THE NAME OF THE STATE WITHIN THE PURVIEW OF 3 O.S. 1965 Supp., 85 [3-85](H). HENCE, THE OKLAHOMA AERONAUTICS COMMISSION IS AN ELIGIBLE SPONSOR FOR RECEIVING MATCHING FUNDS FROM THE FEDERAL GOVERNMENT FOR SUCH PURPOSE. (HARVEY H. CODY)